AO-10 (pdf)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, III, DAVID C. | U. S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI | 5/6/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> ARTICLE III - ACTIVE | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial  X  Annual  ___ Final | 6. Reporting Period <br> January 1, 2004 – December 31, 2004 |
|---|---|---|
| **7. Chambers or Office Address** <br><br> c/o Adams County Courthouse <br> 115 S. Wall Street, Second Floor <br> Natchez, MS 39120 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee Emeritus | Mississippi Nature Conservancy |
| Member Board of Trustees | Natchez Literary Celebration |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ N/A NONE (No reportable non-investment income.) | | |

2005 MAY 17 P 12:31 RECEIVED FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, III, DAVID C. | 5/10/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                                    DESCRIPTION

[X] 1    NONE (No such reportable reimbursements.)

2 _____    _____

3 _____    _____

4 _____    _____

5 _____    _____

6 _____    _____

7 _____    _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE                         DESCRIPTION                        VALUE

[X] 1    NONE (No such reportable gifts.)

2 _____    _____    $ _____

3 _____    _____    $ _____

4 _____    _____    $ _____

                                                          $ _____

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities.) | | |
| Britton & Koontz Bank | Real Estate Loan | K |
| Katherine L. Bray | Real Estate Loan | J |
| Joe and Mildred Parker | Real Estate Loan | J |
| United Mississippi Bank | Real Estate Loan | M |
| AmSouth Bank | Real Estate Loan | J |

*Value Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
               N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
               P2=$5,000,001-$25,000,000      P3=25,000,001-50,000,000      P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

NONE (No reportable income, assets, or transactions.)

1. SEE ADDENDUM CONSISTING OF THIRTEEN (13) PAGES ATTACHED HERETO

(rows 2 through 17 empty)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄        Date ___May 6, 2005___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 1.  50% interest in rental account-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 2.  50% interest in joint account, rental property-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 3.  25% interest in farm acct.-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 4.  25% interest in estate account-inherited property AmSouth Bank acct. | E | rent | J | T | | | | | |
| 5.  25% int. in promissory note from sale of property in ▮▮▮ ▮▮Wilkinson County, MS | D | note rec. | K | T | | | | | |
| 6.  Entergy | A | div. | K | T | | | | | |
| 7.  GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 8. Hibernia Bank | A | div. | J | T | | | | | |
| 9. CSX | A | div. | J | T | | | | | |
| 10. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 11. Highland Corp. | C | div. | J | T | | | | | |
| 12. Highpoint Corp. | A | div. | J | T | | | | | |
| 13. Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| 14. Washington Mutual Investors Trust | A | div. | K | T | | | | | |
| 15. First Colony Life | B | div. | K | T | | | | | |
| 16. Penn Mutual | A | div. | M | T | | | | | |
| 17. New York Life | A | div. | L | T | | | | | |
| 18. Equitable Life | A | div. | L | T | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | If not exempt from disclosure (4) Gain1 Code | (5) Identity |
| 19. Southern Farm Bureau | A | div. | J | T | | | | | |
| 20. MERRILL LYNCH INVESTMENT ACCOUNT: | | | | | | | | | |
| STOCKS: | | | | | | | | | |
| Anadarko Pete Corp. | A | div. | J | T | | | | | |
| Arkansas Power & Light | B | div. | J | T | | | | | |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Becton Dickinson | A | div. | J | T | Buy | 2/14/03 | J | | |
| BP Amoco PL | A | div. | J | T | | | | | |
| Burlington N Sante Fe | A | div. | J | T | Buy | 11/14/03 | J | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| Chubb Corp. | A | div. | J | T | | | | | |
| CISCO Systems Inc. | A | div. | J | T | Sold | 10/17/03 | J | B | |
| Coventry Health Care Inc. | A | div. | J | T | Buy | 12/22 | J | | |
| CVS Corp. Delaware | A | div. | J | T | | | | | |
| Darden Restaurants Inc. | A | div. | J | T | Buy Buy Ptl. Sale | 3/20/03 12/20/03 11/26/04 | J J J | A | |
| Dollar Tree Stores, Inc. | A | div. | | | Sold | 9/17 | J | | |
| First Data Corp. | A | div. | J | T | Buy | 1/20 | J | | |
| Gannett Co. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| General Dynamics Corp. | A | div. | J | T | Buy Buy | 3/10/03 J 9/30/03 J | | | |
| General Electric | A | div. | J | T | | | | | |
| Hewlett Packard Co. | A | div. | J | T | | | | | |
| Home Depot | A | div. | J | T | Buy Buy | 10/8 J 11/12 J | | | |
| Johnson & Johnson | A | div. | J | T | | | | | |
| Keyspan Corp. | A | div. | J | T | Buy Buy | 2/18/03 J 12/18/03 J | | | |
| Kimberly Clark | A | div. | J | T | | | | | |
| Laboratory CP Amer Hldgs. | A | div. | J | T | Buy | 1/5 J | | | |
| Mattell, Inc. | A | div. | J | T | Buy Buy | 10/14/03 J 12/18/03 J | | | |
| Merrill Lynch & Co. | A | div. | J | T | | | | | |
| Neenah Paper Inc. | A | div. | J | T | Stock Div. Sold | 12/6 J 12/15 J | | Kimberly Clark A | |
| Nestle SA Rep RG SH ADR | A | div. | J | T | Buy | 6/1 J | | | |
| NATL City Corp. | A | div. | J | T | Buy | 9/20 J | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| Nucor Corp. | A | div. | J | T | Buy Ptl. Sale Stock Div. | 3/12 J 10/12 J 10/21 J | | B | |
| OMNICOM Group Com | A | div. | J | T | Ptl. Sale | 7/21 J | | A | |
| Pall Corp. PV | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Patterson UTI Energy Inc. | A | div. | J | T | Buy | 10/13 | J | | |
| | | | | | Buy | 11/17 | J | | |
| Pfizer (formerly Pharmacia Corp. | A | div. | J | T | | | | | |
| PNC FINCL Service Group | A | div. | J | T | Buy | 2/26/03 | J | | |
| Proctor Gamble | A | div. | J | T | | | | | |
| Republic Services Inc. | A | div. | J | T | Buy | 12/22/03 | J | | |
| SBC Communications Inc. | A | div. | J | T | Buy | 6/12/03 | J | | |
| | | | | | Buy | 7/17/03 | J | | |
| Schering Plough Corp. | A | div. | J | T | | | | | |
| Schlumberger LTD. | A | div. | J | T | | | | | |
| St Paul Travelers Cos | A | div. | J | T | Buy | 8/28 | J | | |
| Sunburst Bks Inc. | A | div. | J | T | | | | | |
| Target | A | div. | J | T | | | | | |
| Travelers PPTY CAS CRP A | A | div. | J | T | | | | | |
| Unilever NV New | A | div. | | | Sold | 6/11 | J | A | |
| Union Pacific Corp. | A | div. | J | T | Buy | 3/10 | J | | |
| | | | | | Sold | 5/12 | J | A | |
| Verizon Communications | A | div. | J | T | | | | | |
| VF Corp. | A | Div. | J | T | Buy | 3/25/03 | J | | |
| | | | | | Buy | 6/6/03 | J | | |
| Wyeth | A | Div. | J | T | Buy | 7/23/03 | J | | |
| | | | | | Ptl. Sale | 6/ 3/04 | J | A | |
| | | | | | Sold | 7/16/04 | J | A | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| CASH & EQUIVALENTS: | | | | | | | | | |
| CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| Jackson, MS Pub Sch Dist | A | int. | K | T | | | | | |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| 21. Undivided 1/4 int. in ▮▮ac., ▮▮Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 22. Undivided 1/20 int. in ▮▮property, Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | | None | K | R | | | | | |
| 23. Undivided int. in small tract known as ▮▮ ▮▮ Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | | None | J | R | | | | | |
| Additional 50% int. in ▮▮acres, Gibson Tract, a/k/a Baker Dower or McCoy Tract - Value at acquisition - $8,098) | | None | J | R | | | | | |
| Additional 50% int. in ▮▮acres, Gibson Tract, a/k/a Baker Dower or McCoy Tract - Value at acquisition - $12,500 | | None | K | R | | | | | |
| Additional ▮▮acres in Baker Dower Tract - value at acquisition $16,895 | | None | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 24. Undivided 1/30 int. in property known as ▇▇▇ ▇▇▇▇Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in ▇▇ acres known as ▇▇▇▇ ▇▇▇▇Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| 25. 100% ownership (in name of Orchard Corporation) of rental property known as ▇▇▇▇▇▇ Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 26. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 27. Undivided 1/4 int. in family property incl. two ▇▇ ac. lots and residence (includes ▇▇ acres in Block-Square ▇▇▇▇ ▇▇- Inherited 1984 - Value at acquisition $40,000 | E | rent | K | R | | | | | |
| 28. Small law office, ▇▇▇▇▇ Woodville, MS Inherited 1984 - Value at acquisition $12,000 | None | J | R | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 29. Partnership interest in ▮▮▮▮▮▮ Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 | D | Farm Income | N | R | | | | | |
| 30. ▮▮ ac. land Inherited 1980 - Value at acquisition $1,500 | | None | J | R | | | | | |
| 31. ▮▮ int. in ▮▮ ac. of timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | | None | K | R | | | | | |
| 32. 1/2 int. in ▮▮ acres in ▮▮▮▮▮ Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | | None | J | R | | | | | |
| 33. Undivided int. in lands located in Noxubee Co., MS, as follows: ▮▮▮▮▮ ▮▮▮▮▮▮▮ Inherited 1983 - Value at acquisition $30,000 | A | Tree Farm | M | R | Hunting Lease | 11/04 | J | | Eddie Striplng |
| 34. 1/2 int., ▮▮▮▮▮ ▮▮▮▮▮ Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | | None | L | R | | | | | |
| 35. Undivided int. in ▮▮ ▮▮▮▮▮▮ Pickens Co., AL, 25 ac. Gift/Inherited 1983 - Value at acquisition $12,000 | | None | J | R | | | | | |
| 36. 3/16th undivided int. ▮▮▮▮▮ ▮▮ Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | B | Rent | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Additional .033337 un-divided interest Glasscock Island in and to ▮▮ acres | B | Rent | K | R | Buy | 8/2/04 | K | | Simone B. Chatelain |
| 37. 3/8th undivided int. Layson,, ▮▮▮▮▮ Wilkinson Co., MS Purchased 3/92 - Value at acquisition $137,500 | B | Conservation Reserve Program | L | R | | | | | |
| 38. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | A | roy. | J | W | | | | | |
| 39. Producing minerals: ▮▮▮▮▮ Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 40. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |
| 41. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various O/N ▮▮▮▮ | C | roy. | J | W | | | | | |
| 42. Wilkinson Co., MS: Texaco(now Ergon)-Cc. P. Long ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 43. Amite Co., MS: Waller Bros., Inc.(now J.P. Oil and Gungull Expl.)-Winnie Kepper, et al | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 44. Wilkinson Co., MS: Prairie Prod. Co.-███████ Adams County, MS | | A | roy. | J | W | | | | |
| 45. ANCOA-Parker ███& SCBR1 | A | roy. | J | W | | | | | |
| 46. Wilkinson Co., MS: Hood-Goldsberry/D/O ██████ | A | roy. | J | W | | | | | |
| 47. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ██████ | A | roy. | J | W | | | | | |
| 48. .000032 working int. Odgon Unit Wells ██████ | A | Working int. | K | W | | | | | |
| 40. .0013646 royalty int. ██████ Wilkinson Co., MS CMRA █████ells Threshold | B | roy. | J | W | | | | | |
| 50. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |
| 51. Undivided ██ net ac. int. in ██████ ████Wilkinson Co., MS | | None | J | W | | | | | |
| 52. Producing minerals: Oxy-Well CMR-A-1, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 53. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50,000) | D | rent | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 54. ▮▮▮▮▮acres in Wilkinson County, MS, lying in ▮▮▮▮▮ ▮▮▮▮▮ - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 55. Lot ▮▮acre in size in ▮▮▮▮▮ Wilkinson County, MS Value at acquisition (10/94) $16,000 | | None | J | R | | | | | |
| Lot ▮acre in size in ▮▮▮▮▮ Wilkinson County, MS - Value at acquisition - $17,000 | | None | K | R | | | | | |
| 56. 1/24th undivided int. in ▮▮▮▮▮ ▮▮▮▮▮Adams County, MS - Value at acquisition (2/94) $50,000) | | None | K | R | | | | | |
| 57. U. S. Government Bonds | | None | K | T | Ptl. Redemption | 8/25 | A | D | |
| 58. 10% mineral interest in ▮▮acres in ▮▮▮▮▮ ▮▮▮▮▮ Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. in ▮▮acres in §§▮▮▮ ▮▮▮▮▮ Concordia Parish, LA | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | If not exempt from disclosure | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity | |
| 59. AmSouth Bank (formerly Deposit Guaranty) IRA Account: Washington Mutual Inv. Fund | A | div. | K | T | | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | | |
| 60. 50% interest in Geoghegan Properties, L.P. | E | div. | O | T | | | | | | |
| 61. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville ▮▮ | E | Rent | L | T | | Rent | 2004 | J | | BellSouth |
| 62. 0.045% partnership int. in Walters Group, Ltd. | E | div. | J | T | | | | | | |
| 63. 1/2 int. in Hard Times, Inc., | E | rent | K | T | | | | | | |
| 64. 2/5 int. in ▮▮ Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | | |
| Additional 20% int. in ▮▮ Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | Buy | 5/6 | L | | |
| 65. Interest in ▮▮ acres, ▮▮ Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 66. AmSouth Bank (formerly Deposit Guaranty) Money Market Account | A | div. | K | T | | | | | |
| 67. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | | | | | |
| 68. 1/4 int. in ▮▮ acres, ▮▮▮▮▮ Adams County, MS, known as the Hunter Tract - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 69. 50% int. in Parcel No. ▮▮▮▮▮▮▮ Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 70. Edward Jones Account: | | | | | | | | | |
| Cash and Money Market | A | div. | K | T | | | | | |
| Mutual Funds:<br>Van Kampen American Capital EQ TR Aggressive Growth Fund CL C | A | div. | J | T | Sold | 1/03 | J | | |
| Van Kampen Equity Trust II Technology Fund Class C | A | div. | J | T | Sold | 1/03 | J | | |
| 71. 1/16th int. in ▮▮▮▮ Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | None | | K | R | | | | | |
| 72. Undivided ▮▮ acres in ▮▮▮▮▮ Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | None | | L | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/6/05 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | If not exempt from disclosure<br>(3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity | |
| 73. 2/24 int. in §§ ▇▇▇<br>▇▇▇▇▇<br>Wilkinson County,<br>MS - 7/01 $100,000 | | None | L | R | | | | | | |
| 74. Undivided 10% of 2/3<br>int. in ▇▇ acres,<br>▇▇▇▇<br>Wilkinson County, MS<br>3/02 - $30,231 | | None | K | R | | | | | | |
| 75. Undivided int. in<br>▇▇▇▇▇▇<br>Wilkinson County, MS<br>3/02 - $30,231 | | None | J | R | | | | | | |
| Undivided int. in<br>▇▇▇▇▇▇<br>Wilkinson County, MS<br>11/02 - $8,722 | | None | J | R | | | | | | |
| 76. National Financial<br>Services, LLC (IRA) | A | Int. | K | T | | | | | | |
| 77. Munder Funds (Health-<br>care Fund) | A | Int. | J | T | | | | | | |
| 78. American Funds<br>(Growth Fund) | | None | J | T | | | | | | |
| 79. Britton & Koontz<br>Bank CD | A | Int. | K | T | Buy | 10/13 | K | | | |
| 80. United Mississippi<br>Bank CD | A | Int. | M | T | Buy | 12/03 | M | | | |
| 81. Undivided interest<br>in oil, gas and<br>other minerals -<br>▇▇▇▇ Wilkinson<br>County, MS | C | roy. | J | W | Buy | 3/25 | J | | Alex Ventress | |